## EVANS V. THE STATE.

(Decided April 13, 1911.)

APPEAL from Jefferson criminal Court.

Heard before Hon. WILLIAM E. FORT.

No counsel marked for appellant. ALEXANDER M. GARBER, Attorney General, for the State.

PELHAM, J.—There is no error in the record, and no bill of exceptions. Affirmed.

## FULTON V. THE STATE.

(Two cases.)
(Decided June 30, 1911.)

APPEAL from Bessemer City Court.

Heard before Hon. WILLIAM JACKSON.

PINKNEY SCOTT, for appellant. R. C. BRICKELL, Attorney general, for the State.

Per Curiam.—Abated by death of appellant. See 107 Ala. 54 South. 165.

## HIGDON, SHERIFF V. GARRETT.

(Decided June 8, 1911.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. A. O. LANE.

No counsel marked for either party.

Per Curiam.—Affirmed on certificate.